UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ANDRE L. OLIPHANT,** | ) | NO. SACV 08-1113-JVS(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| **JAMES D. HARTLEY, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |

The court has ordered that the petition for writ of habeas corpus be dismissed pursuant to 28 U.S.C. § 2244(b), because it is a successive petition, and there is no authorizing order from the United States Court of Appeals for the Ninth Circuit.

ACCORDINGLY, IT IS HEREBY ADJUDGED that this petition is denied and dismissed.

DATED: 10.16.08

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE